

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00010-CR

JACK POSS                                                      APPELLANT

V.

THE STATE OF TEXAS                                                 STATE

----------

## FROM THE 211TH DISTRICT COURT OF DENTON COUNTY

----------

## CONCURRING AND DISSENTING MEMORANDUM OPINION[1]

----------

I agree with the majority's holding that the trial court did not abuse its discretion by adjudicating Appellant's guilt. But for the reasons stated in my concurrence to the majority opinion in *Laboriel-Guity v. State*[2] and in my

---

[1] *See* Tex. R. App. P. 47.4.

[2] 336 S.W.3d 754, 757–59 (Tex. App.—Fort Worth 2011, pet. ref'd) (Dauphinot, J., concurring).

concurring and dissenting opinions to the majority opinions in *Means v. State*[3] and *Kim v. State*,[4] I dissent from the majority's holding that Appellant forfeited his excessive punishment complaint by not raising it in the trial court.

LEE ANN DAUPHINOT
JUSTICE

DO NOT PUBLISH
Tex. R. App. P. 47.2.(b)

DELIVERED:  June 6, 2013

---

[3]347 S.W.3d 873, 875–76 (Tex. App.—Fort Worth 2011, no pet.) (Dauphinot, J., concurring and dissenting).

[4]283 S.W.3d 473, 476–79 (Tex. App.—Fort Worth 2009, pet. ref'd) (Dauphinot, J., concurring and dissenting).